UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

JORDAN MICHAEL CRALL,

    Plaintiff,

v.

WILLIAM M. MORLEY et al.,

    Defendants.

_____/

Case No. 2:18-cv-116

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: December 6, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge